**Reuben NIEVES, Plaintiff—Appellant,**

v.

**WORLD SAVINGS BANK, FSB; Wachovia Mortgage Corporation,
Defendants—Appellees.**

**No. 08–16839.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

---

* The panel unanimously finds this case suitable

844

Filed Dec. 8, 2009.

Reuben Nieves, Sacramento, CA, pro se.

Robert A. Bailey, Robin C. Campbell, Anglin, Flewelling, Rasmussen Campbell & Trytten LLP, Pasadena, CA, for Defendants–Appellees.

for decision without oral argument, *see* Fed. R.App. P. 34(a)(2), and therefore denies Nieves's motion for oral argument.

Before: TROTT, TASHIMA, and WARDLAW, Circuit Judges.

MEMORANDUM **

Reuben Nieves appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 claim alleging, inter alia, that the defendant banks violated his due process rights by proceeding with a non-judicial foreclosure sale on his property. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *Rivera v. United States,* 924 F.2d 948, 950 (9th Cir. 1991). We affirm.

The district court properly dismissed the action because Nieves failed to allege facts demonstrating that the defendants' conduct constituted government action sufficient to support a claim under section 1983 or *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). *See Am. Mfrs. Mut. Ins. Co. v. Sullivan,* 526 U.S. 40, 56, 119 S.Ct. 977, 143 L.Ed.2d 130 (1999) (explaining that extensive regulation does not convert a private company into a state actor liable under section 1983); *Apao v. Bank of N.Y.,* 324 F.3d 1091, 1095 (9th Cir.2003) (concluding that a bank using a non-judicial foreclosure procedure provided by state law was not a government actor under section 1983); *Mathis v. Pac. Gas & Elec. Co.,* 891 F.2d 1429, 1432 n. 3 (9th Cir.1989) ("The standards for determining whether an action is governmental are the same whether the purported nexus is to the state or to the federal government.").

Nieves's remaining contentions are unpersuasive.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Appellees' motions to take judicial notice are granted.

**AFFIRMED.**

Donald E. Green, Calipatria, CA, pro se.

April Hiroshima Gatling, Esquire, Deputy Attorney General, AGCA—Office of the California Attorney General (SAC), Sacramento, CA, for Defendant–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.